# Exhibit A

|  |  |
|---|---|
| St Francis Medical Center<br>6001 E Woodmen Rd<br>COLORADO SPRINGS CO 80923 | Banks, Michele Marthens<br>MRN: ███████7, DOB: ███ 1973, Sex: F<br>Adm: 1/5/2019, D/C: 1/8/2019 |

## OB Code White Timeline
No data selected in time range

## Patient-Level Documents:
There are no patient-level documents.

## Encounter-Level Documents - 01/05/2019:

Document on 1/5/2019  6:09 AM: banks,michele telehealth consult pdf#1.PDF (below)
From Specialist On Call CCC ███████     Sat Jan  5 04:07:30 2019 MST Page 1 of 5

********IMPORTANT CONSULT REPORT**********
PLEASE BE SURE THIS PACKAGE IS
INCLUDED WITH PATIENT CHART

**TO**: St. Francis Medical Center, ███████

**FROM**: SOC Telemed, ███████

**Call Back Number:** ███████

**SUBJECT**: Consult Recommendations

**Date and Time of Report**: 01/05/2019 04:07 AM MT

**Items Contained in this Document:**
Neurology Consult Note

**INSTRUCTIONS**:
**If you have received this transmission in error, please notify us immediately at 855-216-1075 to arrange for the return of the transmitted documents to us or to verify their destruction.**
IMPORTANT: This transmission contains confidential information, some or all of which may be protected health information as defined by the federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this transmission to the intended recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender (number listed above) to arrange the return or destruction of the information and all copies.
CONFIDENTIALITY NOTICE.
The information contained in this message is privileged and confidential information intended for the use of the individual or entity named above. Health Care Information is personal and sensitive and should only be read by authorized individuals. Failure to maintain confidentiality is subject to penalties under state and federal law.

01/05/2019  4:10AM (GMT-07:00)

| | St Francis Medical Center<br>6001 E Woodmen Rd<br>COLORADO SPRINGS CO 80923 | Banks, Michele Marthens<br>MRN: ▮▮▮▮▮  DOB: ▮▮▮/1973, Sex: F<br>Adm: 1/5/2019, D/C: 1/8/2019 | |

**Encounter-Level Documents - 01/05/2019: (continued)**

From Specialist On Call CCC ▮▮▮▮▮ Sat Jan 5 04:07:30 2019 MST Page 2 of 5

| Facility MRN | ceul3664817 | Encounter Number | |
|---|---|---|---|
| Patient Name | banks , michele | Patient DOB | |

| Consult Information | |
|---|---|
| Member Facility | St. Francis Medical Center |
| Facility MRN | ▮▮▮▮▮ |
| Consult ID | 461990 |
| Facility Time Zone | MT |
| Date and Time of Consult | 01-05-2019 02:27 AM |
| Requesting Clinician | Dr. Hilton |
| Time of Call | 01-05-2019 02:45 AM |
| Time of Video | 01-05-2019 02:43 AM |
| Patient Name | banks , michele |
| Date of Birth | ▮▮▮▮▮ |
| Gender | Female |

| Initial Clinical Evaluation | |
|---|---|
| Chief Complaint | Found down, not talking, not moving the right side |
| Family Members and Medical Staff Present During Exam | Husband, nurse |
| History of Present Illness | 45 years old woman with history of depression, hypertension, and insomnia was reportedly at baseline at midnight. At 2 AM, her husband heard morning in the bathroom and found her on the floor. She was awake but unresponsive to verbal communication. She blinked but did not talk. She was staring off. There was no evidence of head trauma. On arrival in the ED, she was awake and alert and follow commands but would not produce any speech. Her right arm was contracted and she did not move her right leg. Her husband reports that she has had problems with focus and concentration and she is on disability. She was recently seen by a neurologist and had MRI of the brain that was negative. The cognitive testing was reportedly not normal. A comprehensive neuropsychological evaluation was planned. |

| Medical History | |
|---|---|
| Medical History | Depression, Hypertension |
| Other Medical History | insomnia |

| Allergies | |
|---|---|
| Other Allergies | Keflex |

| Medications | |
|---|---|
| Anti-Coagulants | None |
| Anti-Platelets | None |

This document was electronically signed by Munir , Muhammad MD PhD         01/05/2019 04:07 AM

Page 2 of 5

01/05/2019   4:10AM (GMT-07:00)

St Francis Medical Center  
6001 E Woodmen Rd  
COLORADO SPRINGS CO 80923  

Banks, Michele Marthens  
MRN: ████████ DOB: ████ 1973, Sex: F  
Adm: 1/5/2019, D/C: 1/8/2019

**Encounter-Level Documents - 01/05/2019: (continued)**

From Specialist On Call CCC 1.855.216.1036 Sat Jan  5 04:07:30 2019 MST Page 3 of 5

| Facility MRN | k██████ | Encounter Number | |
|---|---|---|---|
| Patient Name | banks , michele | Patient DOB | |

| | |
|---|---|
| Other Pertinent Medications | Wellbutrin, Adderall, Nuvigil, Xanax, losartan, HCTZ |

### Social History

| | |
|---|---|
| Alcohol Use | None |
| Drug Use | None |
| Tobacco Use | None |

### Vital Signs

| | |
|---|---|
| Temperature | Afebrile |
| Blood Pressure (mmHg) | 160/89 |
| Heart Rate (bpm) | 84 |
| Respiration Rate (/min) | 16 |
| O2 Sat (%) | 98 |
| Oxygen Delivery Method | Room Air |
| Date and Time | 01/05/2019 03:05:29 AM |

### Exam

| | |
|---|---|
| Exam | Examination h is hindered by patient's altered mental status. She is awake and follows verbal commands. She indicates by hand gestures and nodding that she knows her age and current month. However, she does not produce any sound. Sometimes she mouths words. Other times she just opens her mouth. She is able to recognize and right to name a few items on the aphasia screen. No gaze preference.  EOMI.  Pupils equal, round, and reactive to light.  No nystagmus. Visual fields grossly intact. No facial asymmetry.  Tongue midline. She moves her left arm and leg on command and has no drift in either one. Right arm is contracted at the elbow and resists movements. She does move her right leg. Reflexes deferred.  Gait deferred. |
| Clinician assisting with exam | RN |

### NIH Stroke Scale

| | |
|---|---|
| NIH Stroke Scale Score | 10 |
| 1. Level of Consciousness | 0 : alert; keenly responsive. |
| 1a. LOC Questions | 0 : Answers both questions correctly. |
| 1b. LOC Commands | 0 : Performs both tasks correctly. |
| 2. Best Gaze | 0 : Normal. |
| 3. Visual | 0 : No visual loss. |
| 4. Facial Palsy | 0 : Normal symmetrical movements. |

This document was electronically signed by Munir , Muhammad  MD PhD   01/05/2019 04:07 AM

Page 3 of 5

01/05/2019   4:10AM (GMT-07:00)

| | |
|---|---|
| St Francis Medical Center | Banks, Michele Marthens |
| 6001 E Woodmen Rd | MRN: ███████, DOB: /1973, Sex: F |
| COLORADO SPRINGS CO 80923 | Adm: 1/5/2019, D/C: 1/8/2019 |

**Encounter-Level Documents - 01/05/2019: (continued)**

From Specialist On Call CCC 1.855.216.1036 Sat Jan 5 04:07:30 2019 MST Page 4 of 5

| Facility MRN | ███████ | Encounter Number | |
|---|---|---|---|
| Patient Name | banks, michele | Patient DOB | |

| | |
|---|---|
| 5a. Motor Left Arm | 3 : No effort against gravity; limb falls. |
| 5b. Motor Right Arm | 0 : No drift; limb holds 90 (or 45) degrees for full 10 seconds. |
| 6a. Motor Left Leg | 4 : No movement. |
| 6b. Motor Right Leg | 0 : No drift; leg holds 30-degree position for full 5 seconds. |
| 7. Limb Ataxia | 0 : Absent. |
| 8. Sensory | 0 : Normal; no sensory loss. |
| 9. Best Language | 3 : Mute, global aphasia; no usable speech or auditory comprehension. |
| 10. Dysarthria | UN : Intubated or other physical barrier, explain below. |
| 11. Extinction and inattention (formerly Neglect) | 0 : No abnormality. |
| NIHSS Entry Time | 01/05/2019 03:54:30 AM |

| Labs and Imaging | |
|---|---|
| Labs available? | Yes |
| Glucose (mg/dL) | 85 |
| WBC (mcL) | 5.1 |
| PLT (mcL) | 332 |
| CT Brain Findings | No acute changes |
| Other CT Findings | CTA of the head and neck reported negative. |

| Assessment and Recommendations | |
|---|---|
| Assessment | The patient was found down. She is awake and responsive to verbal commands but does not produce any sound. She does not move her right leg. The right arm is held in flexed position. Her symptoms could be due to seizure with postictal state or partial seizures. Possibility of acute stroke cannot be entirely excluded. A psychogenic presentation will be a diagnosis of exclusion. Risks and benefits of IV TPA are discussed with her husband at bedside. Up to 30% probability of improvement, 5-6% probability of intracranial hemorrhage with potential of worsening disability and even death Having weighed the risks and benefits, her husband has elected to forgo treatment with TPA. |

This document was electronically signed by Munir, Muhammad MD PhD        01/05/2019 04:07 AM

Page 4 of 5

01/05/2019  4:10AM (GMT-07:00)

| St Francis Medical Center | Banks, Michele Marthens |
| --- | --- |
| 6001 E Woodmen Rd | MRN: ███████7, DOB: ███ 1973, Sex: F |
| COLORADO SPRINGS CO 80923 | Adm: 1/5/2019, D/C: 1/8/2019 |

**Encounter-Level Documents - 01/05/2019: (continued)**

From Specialist On Call CCC 1.855.216.1036 Sat Jan  5 04:07:30 2019 MST Page 5 of 5

| Facility MRN | ███████ | Encounter Number | |
| --- | --- | --- | --- |
| Patient Name | banks , michele | Patient DOB | |

| | |
| --- | --- |
| Recommendations | Assessment and recommendations discussed with Dr. Christensen who agrees. Ativan 2 mg IV now. This may be repeated if needed |
| | If the right arm contractures do not resolve with Ativan, give loading dose of fosphenytoin 20 mg/kg at 150 mg per minute or less. Continue fosphenytoin 100 mg every 8 hours. Alternatively she may be given loading dose of Keppra 20 mg/kg or 20 minutes. Maintenance dose 500 mg twice a day. |
| | Admit to telemetry |
| | Aspirin 325 mg by mouth now if opens to swallow.  Otherwise use rectal aspirin 300 mg suppository by per day until cleared for oral intake |
| | Permissive hypertension to SBP of 180 for the next 24 hours.  IV Labetalol boluses or Nicardipine infusion are preferable antihypertensives to keep the BP under these parameters. |
| | Labs for cardiac enzymes, HgA1c, TSH, CXR, UA, UDS, serum toxicity screen, LFTs, fasting lipid profile. |
| | MRI brain with and without contrast. |
| | EEG. If the standard EEG is normal, a prolonged ambulatory EEG or elective inpatient video EEG may be helpful. |
| | 2D Echocardiogram. |
| | Hold off Wellbutrin and Adderall.  A different SSRI antidepressant such as Lexapro may be less likely to lower seizure threshold. |
| | Lipid lowering agents with target LDL of <70. |
| | PT/OT evaluation. |
| | Speech and swallow evaluation. |
| | Stroke risk factor stratification. |
| | Follow up evaluation by local neurology or by teleneurology to review test results and to make further recommendations. |
| Disposition | Admit patient to telemetry or stroke unit |
| **Diagnosis** | |
| Primary Diagnosis Category | Encephalopathy |
| Case discussed with | Dr. Christensen |
| **tPA Inclusion Criteria** | |
| Inclusion Criteria Must answer YES to ALL in order to proceed with IV Alteplase. | |
| Time Last Known Well | 01-05-2019 12:00 AM |
| **Key Timer Summary** | |
| ED Arrival Date and Time | 01-05-2019 02:23 AM |
| Date and Time of Consult | 01-05-2019 02:27 AM |
| Time of Phone Call | 01-05-2019 02:45 AM |
| Time of Video Call | 01-05-2019 02:43 AM |
| **ICD-10 Codes** | |
| Primary Diagnosis | Encephalopathy acute |
| • ICD-10 Code (Primary)   G93.40 : Encephalopathy, unspecified | |

This document was electronically signed by Munir , Muhammad  MD PhD          01/05/2019 04:07 AM

Page 5 of 5

01/05/2019  4:10AM (GMT-07:00)

Scan on 1/7/2019 10:17 AM (below)